BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant EDWARD SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09 00167 DLJ |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING STATUS CONFERENCE |
| ) | DATE |
| EDWARD SULLIVAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter presently is scheduled for a status conference on May 22, 2009. The government has provided a substantial amount of discovery and the defense is continuing its investigation. The parties also are discussing the terms of a potential resolution, and defense counsel needs time to discuss these terms with Mr. Sullivan as well as investigate the facts that may support such a resolution. Defense counsel will be out of the state for the entire week beginning May 25, 2009. For these reasons, it is STIPULATED AND AGREED that this matter may be continued to June 5, 2009. IT IS FURTHER AGREED that time under the Speedy Trial Act be excluded for purposes of adequate defense preparation as well as continuity of counsel.

STIP/ORD                                                              1

1     SO STIPULATED.

Dated: May 18, 2009

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: May 18, 2009

/S/
_____
ANDREW HUANG
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

    Good cause appearing therefor, IT IS ORDERED that the status conference presently scheduled for May 22, 2009 be continued to June 5, 2009, and that time under the Speedy Trial Act be excluded for the reasons set forth in the foregoing stipulation.

Dated: May 19, 2009

_____
D. LOWELL JENSEN
United States District Judge

STIP/ORD      2