1  BRENDAN CONROY CSB 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco CA 94103
3  415-565-9600

4  Attorney for Defendant
   EDWARD SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | NO. CR 09-00167-DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| EDWARD SULLIVAN, | |
| Defendant. | |

Defendant EDWARD SULLIVAN and the United States hereby stipulate that the status conference in this matter, now scheduled for September 4, 2009 at 9:00 a.m., may be continued to September 18, ~~11~~, 2009 at 9:00 a.m.

The continuance is requested because recently appointed defense counsel has not reviewed all of the discovery in this case, including some items that will be reviewed in the offices of the United States Attorney.

The Court should find that the time from September 4, 2009 until September 18 ~~11~~, 2009, is excluded from Speedy Trial Act computation on the grounds that the ends of justice will best be served by allowing the defendant's new counsel to examine the

1

discovery in this case, and the time needed to accomplish that is excludable under 18 U.S.C 3161(h)(8)(A).

Date 9/2/09

/s/_____
BRENDAN CONROY
Attorney for Defendant

/s/_____
ANDREW S. HUANG
Assistant United States Attorney

GOOD CAUSE APPEARING, the status conference in this matter is continued from September 4, 2009 at 9:00 a.m. to September ~~11~~ 18, 2009 at 9:00 a.m.  The Court finds that the time from September 4, 2009 until September ~~11~~ 18, 2009, should be excluded from Speedy Trial Act computation on the grounds that the interest of justice are best served by allowing new counsel to review the discovery in this case, and such time as needed to do so is excludable pursuant to 18 U.S.C 3161(h)(8)(A).

Date September 2, 2009

_____
UNITED STATES DISTRICT COURT
D. Lowell Jensen

2