1  BRENDAN CONROY CSB 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco CA 94103
3  415-565-9600

4  Attorney for Defendant
   EDWARD SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | NO. CR 09-00167-DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| EDWARD SULLIVAN, | |
| Defendant. | |

Defendant EDWARD SULLIVAN and the United States hereby stipulate that the status conference in this matter, now scheduled for October 2, 2009 at 9:00 a.m., may be continued to November 6, 2009 at 9:00 a.m.

The continuance is requested because recently appointed defense counsel has not reviewed all of the discovery in this case, including some items that will be reviewed in the offices of the United States Attorney. Furthermore, government counsel is in trial beginning September 28, 2009 for approximately two to three weeks.

The Court should find that the time from October 2, 2009 until November 6, 2009, is excluded from Speedy Trial Act computation on the grounds that the ends of justice will best be served by allowing the defendant's new counsel time to examine the discovery in this case, and the time needed to accomplish that is excludable under 18 U.S.C 3161(h)(8)(A), as well as for continuity of counsel pursuant to 18 U.S.C 3161(h)(8)(B)(iv).

1

Date 9/30/09

__/s/_____
BRENDAN CONROY
Attorney for Defendant

_/s/_____
ANDREW S. HUANG
Assistant United States Attorney

GOOD CAUSE APPEARING, the status conference in this matter is continued from October 2, 2009 at 9:00 a.m. to November 6, 2009 at 9:00 a.m.

The Court finds that the time from October 2, 2009 until November 6, 2009, should be excluded from Speedy Trial Act computation on the grounds that the interest of justice are best served by allowing new counsel time to review the discovery in this case, and for continuity of counsel, and such time is excludable pursuant to 18 U.S.C 3161(h)(8)(A) and 18 U.S.C 3161(h)(8)(B)(iv).

Date : October 1, 2009                                  _____
                                                        D. Lowell Jensen
                                                        UNITED STATES DISTRICT JUDGE

2