MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

ALECIA RIEWERTS WOLAK (NYBN 4012241)
Trial Attorney
Criminal Division, Child Exploitation and Obscenity Section
U.S. Department of Justice

   1400 New York Avenue, NW, Suite 600
   Washington, DC 20530
   Telephone: (202) 353-3749
   Fax: (202) 514-1793
   E-Mail: Alecia.Riewerts@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            Plaintiff,       v.     EDWARD LEE SULLIVAN, a/k/a "Three Stacks,            Defendant. | No. CR 09-00167 DLJ PARTIES' STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATUS HEARING |

The parties, by and through their undersigned counsel of record, hereby stipulate and ask the Court to find as follows:

1. This case is presently set for a hearing on the defendant's Motion to Suppress Evidence and status hearing on Friday, October 29, 2010.

2. The parties request that this hearing date be vacated and that the hearing be continued to 11:00 a.m. on November 19, 2010.

3. Defense counsel indicated earlier this week that a close personal friend recently and unexpectedly passed away and that defense counsel would, therefore, not be available to prepare for and be available for the hearing, as presently set.

IT IS SO STIPULATED.

Dated: October 28, 2010          JOSEPH P. RUSSONIELLO
                                 United States Attorney

                                          /s/
                                 ANDREW S. HUANG
                                 Assistant United States Attorney


                                          /s/
                                 ALECIA RIEWERTS WOLAK
                                 Trial Attorney

IT IS SO STIPULATED.

Dated: October 28, 2010

                                          /s/
                                 IAN LOVESETH, Esq.
                                 Counsel for Defendant Edward Lee Sullivan

[NO. CR 09-00167]
PARTIES' STIP.TO CONT. & [PROP'D] ORDER

1
2                                    **ORDER**
3   FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:
4        The hearing on defendant's Motion to Suppress Evidence and status hearing currently set
5   for October 29, 2010 is hereby VACATED and CONTINUED to November 19, 2010 at
6   11:00 a.m.
7
8
9   Dated:October 28, 2010         _____
                                    Hon. D. LOWELL JENSEN
10                                  UNITED STATES DISTRICT JUDGE

[NO. CR 09-00167]
PARTIES' STIP.TO CONT. & [PROP'D] ORDER