UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00167 DLJ |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD LEE SULLIVAN, | ) | |
| a/k/a "Three Stacks, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States, the guilty verdict entered on February 25, 2011, the Findings of Fact and Conclusions of Law entered on April 5, 2011, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

  a. **Acer Aspire 5520-5912 series laptop computer, SNID no. 74102221616, serial no. LXAJA0X004741056C81601.**

  b. **Kodak EasyShare digital camera, model C613, serial no. KCGHA80229708.**

pursuant to Title 18, United States Code, Section 2253.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website, for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person,

other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

      IT IS SO ORDERED this  10th  day of   May    2011.

                                                     D. LOWELL JENSEN
                                                     United States District Judge