

FILED

FEB -7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

|   |   |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> v.<br><br>Edward Sullivan,<br><br>    Defendant. | No. CR-09-0167-DLJ<br><br>**ORDER** |

  Defendant has filed in pro se a number of motions before the Court. Among them are a Motion for a Computer Forensic Expert Examiner and/or Investigator and a Motion for an Audio Forensic Expert Examiner and/or Investigator, both filed on 12/08/2011. Both of these Motions allege that further investigation is required regarding defendant's computer and the video at issue in the case, both of which were introduced at trial. Defendant now requests that the Court hire an expert on his behalf to opine on whether the computer images were password protected or encrypted and/or whether there is any evidence that the images on the computer were tampered with. Defendant, as part of his request for an Audio expert, now alleges that there is a newly discovered additional male voice on the video tape which was introduced at trial.

  Prior to trial, defendant and his counsel had full access to these materials. During trial, the defendant had a full and fair opportunity to cross-examine the government's witnesses. Defendant, acting as co-counsel at trial cross-examined the witnesses who laid the foundation for admission into evidence of and testified regarding the child pornography video at issue, 100_0064.mov.

At no point during the trial did the defendant challenge the authenticity or integrity of the video nor did he never raise the possibility that the video and/or audio track had been modified.

As a factual matter the Court also finds that no "newly discovered" sounds exist on the audio to 100_0064.mov. Prior to trial, the government provided the defense with copies of the audio tracks of videos at issue (100_0064.mov and 100_0065.mov). Those audio tracks are identical to the ones played at trial and made available to the defendant.

Defendant has waived any objections he may now have regarding these items. Moreover, as a factual matter the Court finds no evidence warranting the appointment of audio or computer forensic experts.

The Court has carefully reviewed the requests by defendant, and finds no basis to grant the motions for appointment of experts. These motions therefore are DENIED.

IT IS SO ORDERED.

Dated: February __7__ 2012

D. Lowell Jensen
United States District Judge