IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0167 JST |
| ) Plaintiff, ) | ~~(Proposed)~~ |
| vs. ) | **ORDER CONTINUING STATUS HEARING** |
| ) | |
| EDWARD LEE SULLIVAN, ) | |
| ) Defendant. ) | |

GOOD CAUSE APPEARING in the stipulation submitted by the parties, it is ordered that:

The status hearing currently set for July 22, 2016, is hereby continued to September 9, 2016, at 9:30 a.m., in Oakland Federal Court. The U.S. Marshal is directly to produce the defendant at that time and place.

SO ORDERED.

DATED: July 15, 2016

IT IS SO ORDERED

Judge Jon S. Tigar

1