IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD LEE SULLIVAN,<br><br>　　　　　Defendant. | No. CR 09-0167 JST<br><br>~~(Proposed)~~<br>**ORDER ADVANCING STATUS HEARING** |

GOOD CAUSE APPEARING in the stipulation submitted by the parties, it is ordered that:

The status hearing currently set for September 9, 2016, shall be advanced to August 26, 2016, at 9:30 a.m., in Oakland Federal Court. The U.S. Marshal is directed to produce the defendant at that time and place.

SO ORDERED.

DATED: August 22, 2016

IT IS SO ORDERED

Judge Jon S. Tigar

1