JOHN J. JORDAN, ESQ. (State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Tel: (415) 391-4814
Fax: (415) 391-4308

Counsel for Defendant
EDWARD LEE SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> EDWARD LEE SULLIVAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-0167 JST <br><br> **CONSENT MOTION TO CONTINUE DUE DATE OF DEFENDANT'S PRO-PER REPLY RE MOTION REGARDING SAFEGUARDING PRISONER'S CONSTITUTIONAL RIGHT TO SELF-REPRESENTATION** |

  The defendant and co-counsel Edward Lee Sullivan, through co-counsel John J. Jordan, hereby moves this Court to for a one week extension of the due date for Sullivan's pro-per reply regarding his Motion for Order Granting Call List and Motion for Order Safeguarding Prisoner's Constitutional Right to Self-representation.

  1. On September 29, 2016, this Court filed Sullivan's Motion for Order Granting Call List and Motion for Order Safeguarding Prisoner's Constitutional Right to Self-representation, which Sullivan apparently mailed directly to the Court. CR 250, 251.

  2. On October 5, 2016, this Court entered an Order setting a due date of October 14, 2016, for the government to answer. The Court also set a due date of October 21 2016, for the defendant to file a reply.

  3. On October 14, 2016, the government filed an opposition. CR 254. Counsel met with

Mtn To Continue Reply Filing Date     1

Sullivan at the Glen Dyer facility on October 14, 2016, but the government's opposition was filed later in the day.

4. On the afternoon of October 14, 2016, counsel for the defendant mailed the defendant a copy of the government's opposition.

5. On October 20, 2016, Sullivan informed counsel that he was not provided by the jail staff with a copy of the government's response until October 19, 2016, and informed counsel that he would need an additional week, until October 27, 2016, to file a reply brief. In light of the upcoming deadline, counsel agreed to file this request on behalf of the defendant.

6. On October 20, 2016, AUSA Andrew S. Huang informed counsel that he has no objection to this request.

A proposed order is being submitted with this motion.

Dated: October 20, 2016          Respectfully submitted,

/s/ John J. Jordan
JOHN J. JORDAN
Attorney for Defendant

**[Proposed] ORDER**

FOR GOOD CAUSE SHOWN, the filing due date for Sullivan's pro-per reply regarding his Motion for Order Granting Call List and Motion for Order Safeguarding Prisoner's Constitutional Right to Self-representation is continued under October 27, 2016.

IT IS SO ORDERED

Dated: October 20, 2016

JON S. TIGAR
United States District Judge